Paul V. HIBBERD, Complainant,

v.

KENTUCKY BAR
ASSOCIATION, Respondent.

No. 89–SC–416–KB.

Supreme Court of Kentucky.

Sept. 6, 1990.

ORDER

The application of the complainant, Paul V. Hibberd, to be reinstated to the practice of law in the Commonwealth of Kentucky is hereby granted. SCR 3.510.

All concur except STEPHENS, C.J., not sitting.